IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BILLY W. WASS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00445-BP |
| | § | |
| AMERIGROUP TEXAS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's federal law claims against Defendant are **DISMISSED** with prejudice.

2. Plaintiff's state law claims against Defendant are **DISMISSED** without prejudice.

3. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

4. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Memorandum Opinion and Order, to the parties.

**SO ORDERED** on September 28, 2020.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE